IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TYRONE CLARK A/K/A TYRON CLARK, <br><br> Plaintiff, <br><br> vs. <br><br> PAMELA JANE HUTSON A/K/A PAMELA SUMMERVILLE, JOHN DOE, WAL-MART STORES INC., WAL-MART STORES EAST, LP, AND XYZ DEFENDANTS, <br><br> Defendants. | CIVIL ACTION <br> FILE NO.: 1:20-cv-03756-MLB |

## PLAINTIFF'S FIRST AMENDED COMPLAINT TO ADD PAMELA HUTSON A/K/A PAMELA SUMMERVILLE

COMES NOW plaintiff and, pursuant to Fed. R. Civ. P. 15 and Fed. R. Civ. P. 21, files Plaintiff's First Amended Complaint to Add Pamela Hutson a/k/a Pamela Summerville:

1.

This is an action for personal injury, pain and suffering, and related damages arising out of an incident that took place on or about October 3, 2018.


PLAINTIFF'S EXHIBIT A

## PARTIES AND JURISDICTION

2.

Pamela Jane Hutson a/k/a Pamela Summerville is an individual who pushed a produce cart and hurt plaintiff at the time of the incident giving rise to this suit. Defendant can be served at her home address of 9821 Highpoint Road, Villa Rica, GA 30180, Douglas County. In addition, defendant can be served at her place of work of Wal-Mart Supercenter No. 2732 located at 600 Carrollton Villa Rica Highway, Villa Rica, GA 30180, Carroll County.

3.

John Doe is an individual(s) whose identity has not yet been determined. When the identity of this individual is determined and this individual(s) is properly served, this individual will be subject to the jurisdiction and venue of this Court.

4.

Wal-Mart Stores, Inc. is a foreign corporation that is authorized to do business in the State of Georgia. Defendant has, as its registered agent for service in Georgia, The Corporation Company, located at 112 North Main Street, Cumming, GA 30040, Forsyth County. Defendant has been properly served.

5.

Wal-Mart Stores East, LP is a foreign corporation that is authorized to do business in the State of Georgia. Defendant has, as its registered agent for service in Georgia, The Corporation Company, located at 112 North Main Street, Cumming, GA 30040, Forsyth County. Defendant has been properly served.

6.

XYZ defendants are entities whose identities and whereabouts have not yet been determined. When the identities and whereabouts of these defendants have been determined, these entities will be served.

## STATEMENT OF FACTS

7.

Plaintiff incorporates by reference paragraphs one through six of Plaintiff's First Amended Complaint to Add Pamela Hutson a/k/a Pamela Summerville as if fully set forth herein.

8.

On or about October 3, 2018, plaintiff was injured at Wal-Mart Supercenter No. 2732 located at 600 Carrollton Villa Rica Highway, Villa Rica, GA 30180, Carroll County.

9.

On or about October 3, 2018, plaintiff was a customer at said facility.

10.

At all relevant times applicable hereto, plaintiff was exercising ordinary care for his own safety.

11.

At all relevant times applicable hereto, plaintiff did not have any information from any source that an incident causing injury was about to take place.

12.

On or about October 3, 2018, Pamela Jane Hutson a/k/a Pamela Summerville, an employee of Wal-Mart Stores, Inc. and/or Wal-Mart Stores East, LLP (the Wal-Mart defendants) pushed a produce cart and hurt plaintiff.

13.

On the same day of the incident giving rise to this suit, an incident report was prepared by one or more representatives of defendants.

## COUNT ONE

## LIABILITY ARISING OUT OF NEGLIGENCE

## OF PAMELA JANE HUTSON A/K/A PAMELA SUMMERVILLE

14.

Plaintiff incorporates by reference paragraphs one through thirteen of Plaintiff's First Amended Complaint to Add Pamela Hutson a/k/a Pamela Summerville as if fully set forth herein.

15.

At all relevant times, defendant Pamela Jane Hutson a/k/a Pamela Summerville owed certain civil duties and, notwithstanding those duties, defendant Pamela Jane Hutson a/k/a Pamela Summerville negligently failed to discharge certain duties arising from Georgia statutory and common law thereby proximately causing injury to plaintiff.

## COUNT TWO

## LIABILITY ARISING OUT OF NEGLIGENCE OF THE WAL-MART DEFENDANTS

16.

Plaintiff incorporates by reference paragraphs one through fifteen of Plaintiff's First Amended Complaint to Add Pamela Hutson a/k/a Pamela Summerville as if fully set forth herein.

17.

At all relevant times, the Wal-Mart Defendants are vicariously liable for each and every action of defendant Pamela Jane Hutson a/k/a Pamela Summerville on the grounds of the doctrine of respondeat superior.

18.

The Wal-Mart Defendants are independently responsible for each and every element of damages alleged on the theory of negligent entrustment, hiring, training, and retention of defendant Pamela Jane Hutson a/k/a Pamela Summerville.

19.

The Wal-Mart Defendants's aforesaid actions constitute a violation of a variety of provisions of Georgia law.

20.

As a direct and proximate result of the breaches of duties by the Wal-Mart Defendants, plaintiff has suffered injuries and damages including, but not limited to, personal injury, pain and suffering, etc.

21.

By reason of the foregoing, plaintiff is entitled to recover medical bills, pain and suffering, etc.

## COUNT THREE

### PROXIMATE CAUSE AND DAMAGES

22.

Plaintiff incorporates by reference paragraphs one through twenty-one of Plaintiff's First Amended Complaint to Add Pamela Hutson a/k/a Pamela Summerville as if fully set forth herein.

23.

As a direct and proximate result of the negligence of defendants, plaintiff has suffered injuries and damages including, but not limited to, medical bills, pain and suffering, etc.

24.

As a direct and proximate result of the negligence of defendants, plaintiff is entitled to recover special and general damages.

WHEREFORE, plaintiff respectfully prays and demands as follows:

(A) That process and summons issue against defendant Pamela Jane Hutson a/k/a Pamela Summerville, as provided by law, requiring defendant to

appear and answer Plaintiff's First Amended Complaint to Add Pamela Hutson a/k/a Pamela Summerville;

(B)  That the Court award judgment in favor of plaintiff for damages in amounts to be proven at trial;

(C)  That plaintiff has a trial by jury as to all issues;

(D)  That costs of this action be taxed against defendants;

(E)  That plaintiff be awarded such other and further relief as this Court may deem just and proper.

/S/
Christopher M. Farmer, Esq.
Georgia Bar No. 255170
Attorney for Plaintiff

Davis, Zipperman, Kirschenbaum & Lotito, LLP
918 Ponce de Leon Avenue, N.E.
Atlanta, Georgia 30306-4212
Telephone: (404) 688-2000
Facsimile: (404)872-1622
cfarmer@dzkl.com

/S/
Kathy Edwards-Opperman, Esq.
State Bar No. 241460
Attorney for Plaintiff

Montlick & Associates, P.C.
17 Executive Park Drive
Suite 300
Atlanta, GA 30329
Telephone: (404)529-6333
Facsimile: (404)651-7309
keopperman@montlick.com